IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| WILLIAM G LOPEZ, JR., | ) | NO.: 19-16663 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JANET S. BAER |
| | ) | (Kane County) |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON October 11, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, U.S. Bankruptcy Judge, 100 South Third Street, Courtroom 240, Geneva Illinois 60134, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on September 23, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

*/s/Kinnera Bhoopal*
Kinnera Bhoopal
ARDC# 6295897

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## NOTICE OF MOTION ADDRESSES

To Trustee:  *by Electronic Notice through ECF*
Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

To Debtor:  *Served via U.S. Mail*
William G Lopez, Jr.
2570 Yellow Star St.
Woodridge, Il 60517

To Co-Debtor:  *Served via U.S. Mail*
Allan George
2570 Yellow Star St.
Woodridge, IL 60517

To Attorney:  *by Electronic Notice through ECF*
David H Cutler
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| WILLIAM G LOPEZ, JR., | ) NO.: 19-16663 |
| | ) |
| Debtor. | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: JANET S. BAER |
| | ) |

## **MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY**

NOW COMES U.S. Bank National Association by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay and Co-Debtor Stay heretofore entered on the property located at 2570 Yellow Star Street, Woodridge, Illinois 60517-1710 be Modified stating as follows:

1. On June 11, 2019, the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 has not been confirmed.

3. U.S. Bank National Association services the first mortgage lien on the property located at 2570 Yellow Star Street, Woodridge, Illinois 60517-1710.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to U.S. Bank National Association.  Post-petition payments are $1,495.06.

5. As of September 3, 2019, the post-petition mortgage payments are due and owing for July 01, 2019.  The default to U.S. Bank National Association is approximately $4,485.18 through September 2019.  Another payment will come due October 1, 2019

      in the amount $1,495.06 making the total default $5,980.24.

6. The plan is in material default.

7. Documentation provided is in support of right to seek a lift of stay and foreclosure if necessary.

8. U.S. Bank National Association also seeks to modify the stay as to co-debtor Allan George pursuant to 11 U.S.C. §1301(a).

9. U.S. Bank National Association continues to be injured each day it remains bound by the Automatic Stay.

10. U.S. Bank National Association is not adequately protected.

11. The property located at 2570 Yellow Star Street, Woodridge, Illinois 60517-1710 is not necessary for the Debtor's reorganization.

12. The Debtor has no equity in the property for the benefit of unsecured creditors.

13. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

14. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, U.S. Bank National Association respectfully prays that the Automatic Stay and Co-Debtor Stay on the property located at 2570 Yellow Star Street, Woodridge, Illinois 60517-1710, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to U.S. Bank National Association to proceed with nonbankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By:    */s/Kinnera Bhoopal*
Kinnera Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL  60602
Phone:  (312) 346-9088
Fax:  (312) 551-4400
Email:  ILpleadings@mrpllc.com